WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
knielson@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, for the GSAMP Trust 2006-NC1 Mortgage Pass-Through Certificates, Series 2006-NC1*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE GSAMP TRUST 2006-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC1,<br><br>Plaintiff,<br><br>vs.<br><br>YORKSHIRE MANOR I HOMEOWNERS ASSOCIATION; and PHIL FRINK & ASSOCIATES, INC.,<br><br>Defendants. | Case No.: 3:17-CV-00054-MMD-WGC<br><br>**STIPULATED JUDGMENT FOR QUIET TITLE** |

Plaintiff, U.S. Bank National Association, as Trustee, for the GSAMP Trust 2006-NC1 Mortgage Pass-Through Certificates, Series 2006-NC1 ("Plaintiff"), by and through its counsel of record, Christina V. Miller, Esq., and Krista J. Nielson, Esq., of the law firm Wright, Finlay & Zak, LLP; and Defendant, Yorkshire Manor I Homeowners Association ("Defendant"), by and through their counsel of record, Gayle A. Kern, Esq., and Karen M. Ayarbe, Esq., of Kern & Associates, Ltd., hereby jointly agree, stipulate, and authorize entry of a stipulated judgment as follows:

## II.
## **RECITALS**

1. Plaintiff, U.S. Bank National Association, as Trustee, for the GSAMP Trust 2006-NC1 Mortgage Pass-Through Certificates, Series 2006-NC1, is a national banking association, with its main office located in Minnesota, organized and existing under the laws of the United States. Ocwen Loan Servicing, LLC is the servicing agent and attorney-in-fact for Plaintiff, the beneficiary of the first Deed of Trust encumbering real property located at 1701 London Cir, Sparks, Nevada 89431 with APN: 027-480-18 (hereinafter, the "Property"), and legally described as:

> LOT 34, OF YORKSHIRE MANOR, A PLANNED UNIT DEVELOPMENT, ACCORDING TO THE MAP THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, STATE OF NEVADA, ON JANUARY 22, 1971, UNDER FILING NO. 195627, AS TRACT NO. 1203

2. Defendant, Yorkshire Manor I Homeowners Association, is a Nevada non-profit corporation licensed to do business in the State of Nevada, and was the HOA that foreclosed on the Property.

3. The real property subject to this dispute is located in Washoe County, Nevada. Thus, jurisdiction and venue are proper in this Court.

4. On or about October 20, 2005, Christopher D. Carlyle ("Carlyle") purchased the Property. A Grant, Bargain, Sale Deed conveying the Property to him was recorded with the Washoe County Recorder on November 7, 2005, as Document Number 3304281.

5. To finance his purchase of the Property, Carlyle executed a promissory note in the amount of $158,400.00 payable to New Century Mortgage Corporation ("Note").

6. To secure the Note, Carlyle executed a deed of trust ("Deed of Trust"), which was recorded on November 7, 2005, in the Official Records of Washoe County, Nevada as Document Number 3304282.

7. On December 13, 2016, an Assignment of Deed of Trust was recorded in the Official Records of Washoe County, Nevada as Document Number 3474336, by which New

Century Mortgage Corporation assigned its interest in the Deed of Trust to US Bank National Association, as trustee for the GSAMP Trust 2006-NC1 Mortgage Pass-Through Certificates, Series 2006-NC1.

8. On July 1, 2011, a Notice of Delinquent Assessment and Claim of Lien was recorded against the Property on behalf of Defendant in the Official Records of Washoe County, Nevada as Document Number 4019118.

9. On August 23, 2011, a Notice of Default and Election to Sell was recorded against the Property by the HOA Trustee on behalf of Defendant in the Official Records of Washoe County, Nevada as Document Number 4033800.

10. On May 2, 2012, a Notice of Homeowners Association Sale was recorded against the Property on behalf of Defendant in the Official Records of Washoe County, Nevada as Document Number 4108531.

11. On June 1, 2012, a Deed in Foreclosure of Assessment Lien was recorded against the Property in the Official Records of Washoe County, Nevada, as Document Number 4118338 (the "Foreclosure Deed"). Pursuant to the Foreclosure Deed, a non-judicial foreclosure sale occurred on May 30, 2012 (hereinafter, the "HOA Sale"), whereby HOA acquired interest to the Property for a credit bid of $800.00.

12. On January 30, 2017, Plaintiff filed a Complaint to set aside the HOA Sale, or alternatively, for declaration that the HOA Sale did not extinguish its Deed of Trust.

13. The parties have now come to a resolution regarding their respective claims and interest in the Property.

14. The parties have or will execute a settlement agreement.

## **STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** that Yorkshire Manor I Homeowners Association ("HOA") agrees to quitclaim any purported interest, title and rights in the Property to U.S. Bank through execution and recording of a Quitclaim Deed to U.S. Bank National Association, as Trustee, for the GSAMP Trust 2006-NC1 Mortgage Pass-Through Certificates, Series 2006-NC1 ("U.S. Bank").

**IT IS HEREBY STIPULATED AND AGREED** that by virtue of this Stipulation and Quitclaim Deed from HOA, title to the Property is and hereafter shall be vested in U.S. Bank, free and clear of all right, title and interest claimed by HOA, its predecessors, successors and assigns, under the Foreclosure Deed.

**IT IS HEREBY STIPULATED AND AGREED** that the HOA retains ongoing lien rights and remedies under its governing documents (including, but not limited to, its CC&Rs), NRS Chapter 116 and applicable Nevada law in regards to the Property.

**IT IS HEREBY STIPULATED AND AGREED** that the HOA does not contest or challenge U.S. Bank's rights in the Property, including the validity, priority and enforceability of the Deed of Trust, as a result of and/or based on the HOA Sale.

**IT IS FURTHER STIPULATED AND AGREED** that the above-referenced matter, shall be dismissed with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that nothing in this Stipulation and Order is intended to be, or will be, construed as an admission of the claims or defenses of the parties.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation and Order is in no way intended to impair the rights of Plaintiff (or any of its authorized servicers, agents, investors, affiliates, predecessors, successors, and assigns) to pursue any and all other remedies against Carlyle, as defined in the Deed of Trust and/or Note, that Plaintiff (or any of its authorized servicers, agents, investors, affiliates, predecessors, successors, and assigns) may have relating to the Note and Deed of Trust, including the right to judicially or non-judicially foreclose or otherwise enforce the Deed of Trust against the Property.

**IT IS FURTHER STIPULATED AND AGREED** that, subject to the stipulations and agreements contained herein, this Stipulation and Order is in no way intended to impair the rights or defenses of Yorkshire Manor I Homeowners Association (or any of its authorized servicers, agents, investors, affiliates, predecessors, successors, and assigns) to pursue any and all other remedies against any other party or to defend against any remedies any party may have relating to the Note and Deed of Trust.

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its own attorney's fees and costs.

**IT IS FURTHER STIPULATED AND AGREED** that a copy of this Order may be recorded with the Washoe County Recorder.

**IT IS FURTHER STIPULATED AND AGREED** that the Notice of Lis Pendens filed by U.S. Bank in connection with this litigation, and bearing Document No. 4679462 shall forever be released, satisfied, discharged and/or expunged upon entry of this Order.

Dated this 5th day of June, 2018.    Dated this 5th day of June, 2018.

WRIGHT, FINLAY & ZAK, LLP    KERN & ASSOCIATES, LTD.

*/s/ Krista J. Nielson*    */s/ Karen M. Ayarbe*

Christina V. Miller, Esq.    Gayle A. Kern, Esq.
Nevada Bar No. 5506    Nevada Bar No. 1620
Krista J. Nielson, Esq.    Karen M. Ayarbe, Esq.
Nevada Bar No. 10698    Nevada Bar No. 3358
7785 W. Sahara Ave., Suite 200    5421 Kietzke Lane, Ste. 200
Las Vegas, NV 89117    Reno, Nevada 89511
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, for the GSAMP Trust 2006-NC1 Mortgage Pass-Through Certificates, Series 2006-NC1*    *Attorneys for Defendant Yorkshire Manor Association*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
Case No.: 3:17-CV-00054-MMD-WGC

Dated: June 5, 2018