UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE GSAMP TRUST 2006-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC1,<br><br>Plaintiff,<br><br>v.<br><br>YORKSHIRE MANOR I HOMEOWNERS ASSOCIATION; and PHIL FRINK & ASSOCIATES, INC.,<br>Defendant. | Case No. 3:17-cv-00054-MMD-WGC |

This dispute arises from the foreclosure sale of property to satisfy a homeowners' association lien. As a result of a stipulated judgment (ECF No. 26), only one Defendant remains in this case—Phil Frink & Associates, Inc. ("Frink"). Plaintiff asserts claims against Frink for quiet title and declaratory relief. (ECF No. 1 at 10-14.) In the prayer for relief, Plaintiff primarily seeks a declaration that the foreclosure sale did not extinguish its first deed of trust. (*Id.* at 17.) Plaintiff's requested relief is moot because the HOA agreed to quitclaim deed the subject property to Plaintiff in the stipulated judgment. (*See* ECF No. 26 at 3-4.) The stipulated judgment also rendered moot Plaintiff's claims against Frink.

It is therefore ordered that Plaintiff's claims against Frink are dismissed as moot.

It is further ordered that Clerk of the Court close this case.

DATED THIS 18th day of June 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE